UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| LOUIS D. PILLOW, *et al.*, | : | Case No. 3:11-mc-8 |
| | : | |
| Plaintiffs, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Michael J. Newman |
| vs. | : | |
| | : | |
| COUNTRYWIDE HOME LOANS, INC., | : | |
| | : | |
| Defendant. | : | |

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATIONS OF THE MAGISTRATE JUDGE (Doc. 3); (2) OVERRULING PLAINTIFFS' OBJECTIONS (Doc. 4); (3) DISMISSING PLAINTIFFS' PETITION (Doc. 2) WITHOUT PREJUDICE; AND (4) TERMINATING THIS CASE**

This case is before the Court on the Report and Recommendations of United States Magistrate Judge Michael J. Newman, who recommends that Plaintiffs' purported Petition (Doc. 2) be dismissed without prejudice for failure to state a claim. (Doc. 3). Plaintiff filed a document captioned "Conditional Acceptance of Report and Recommendation In Lieu of Objection," which the Court liberally construes as objections to the Report and Recommendations. (Doc. 4). The issues are now ripe for determination by the Court.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court reviewed the comprehensive findings of the Magistrate Judge and Plaintiffs' Response *de novo*. Upon considering *de novo* all issues addressed by the Magistrate Judge, as well as the issues presented in Plaintiffs' Response, the Court: (1) **ADOPTS** the Report and Recommendations of the Magistrate Judge (Doc. 3) in its entirety; (2) **OVERRULES** Plaintiffs' objections (Doc. 4); and (3) **DISMISSES** Plaintiffs' Petition (Doc. 2) **WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Date: __11/7/11__

Timothy S. Black
United States District Judge