# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**LOUIS D. PILLOW,** *et al.*,

    Plaintiff,

                        **CASE NO.     3:11-MC-008**

-vs-

                        **District Judge Timothy S. Black**
                        **Magistrate Judge Michael J. Newman**

**COUNTRYWIDE HOME LOANS, INC.,**

    Defendant.

---

## JUDGMENT IN A CIVIL CASE

---

    **[ ]   Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]   Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Court **ADOPTS** the Report and Recommendations of the United States Magistrate Judge (Doc. 3); **OVERRULES** Plaintiff's Objections (Doc 4)**; DISMISSES** plaintiff's Petition (Doc. 2) **WITHOUT PREJUDICE**; and **TERMINATES** this case.

Date:  November 7, 2011                        **JAMES BONINI, CLERK**

                                                            By: <u>s/ M. Rogers</u>
                                                             Deputy Clerk